No. 75–5868.  HERNANDEZ-RODRIGUEZ *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 75–5879.  GRIFFIN *v.* UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 75–5882.  HOWERY *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 75–5883.  ROSS *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 75–5884.  WILSON *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 75–5888.  STRATTON *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 75–5889.  QUALLS *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 75–5891.  DIXON *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 75–5892.  DAVIS *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 75–5917.  OSBORNE, AKA PAYNE *v.* UNITED STATES. C. A. 4th Cir.  Certiorari denied.

No. 75–5938.  NICHOLSON ET AL. *v.* UNITED STATES. C. A. 6th Cir.  Certiorari denied.

No. 75–6038.  QUATSLING *v.* ARIZONA.  Ct. App. Ariz. Certiorari denied.